**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

JOE NATHAN WOMACK,                                                                     PETITIONER

V.                                      NO. 4:05CV68-P-B

JODY BRADLEY, ET AL,                                              RESPONDENTS

**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT**

This *pro se* habeas corpus petition was denied and dismissed as time-barred on March 22, 2005. On April 5, 2005, the petitioner filed a document entitled Written Objections, which the court will treat as a motion for relief from judgment pursuant to Rule 60(b), Federal Rules of Civil Procedure. After reviewing the original pleadings as well as the motion and the applicable law, the court concludes that the dismissal was correct in law and fact and that petitioner has failed to produce a legal basis to alter the court's ruling. Therefore, the motion is **denied**.

**SO ORDERED**, this the 15th day of July, 2005.

                                                           /s/ W. Allen Pepper, Jr.
                                                           W. ALLEN PEPPER, JR.
                                                           UNITED STATES DISTRICT JUDGE