**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JOE NATHAN WOMACK**                                                             **PETITIONER**

**V.**                                                    **NO. 4:05CV68-P-B**

**JOE BRADLEY, et al.,**                                                    **RESPONDENTS**

**ORDER DENYING MOTION**

Petitioner's motion for a writ of habeas corpus was dismissed as untimely on March 23, 2005. Petitioner's subsequent motion for reconsideration or relief from judgment was denied on July 15, 2005. Now, Petitioner filed yet another motion for reconsideration pursuant to Federal Rule of Civil Procedure 60(b) or alternatively for permission for interlocutory appeal.

As before, after reviewing the original pleadings as well as the motion and the applicable law, the court concludes that the March 23, 2005, order was correct in law and fact and that Petitioner has failed to produce a legal basis to alter the court's ruling. Therefore, the motion for reconsideration or, in the alternative, leave for interlocutory appeal (docket entry 19) is **DENIED.**

SO ORDERED this the 14th day of February, 2007.

                                                                        /s/ W. Allen Pepper, Jr.
                                                                        W. ALLEN PEPPER, JR.
                                                                        UNITED STATES DISTRICT JUDGE